**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA  90017-3383
TELEPHONE:  213-629-7760
FACSIMILE 213-624-1376

Michael R. Goldstein (State Bar No. 155349)
*m.goldstein@mpglaw.com*
Joanna E. MacMillan (State Bar No. 281891)
*j.macmillan@mpglaw.com*

Attorneys for Defendant
GRO-FROW, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SUNDSTROM,<br><br>                    Plaintiff,<br><br>         vs.<br><br>GROPPETTI LTD., INC., a California corporation doing business as GROPPETTI AUTOMOTIVE FAMILY, and DOES 1 through 20, inclusive,<br><br>                    Defendant. | CASE No. 1:14-cv-00319-AWI-GSA<br><br>**STIPULATION FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION; [PROPOSED] ORDER** |

Plaintiff Lamont Sundstrom ("Plaintiff") and Defendant Gro-Frow, Inc. ("Defendant"), erroneously sued as Groppetti Ltd, Inc. d/b/a Groppetti Automotive Family, through their respective counsel of record, stipulate and agree as follows:

1.     This action in its entirety shall be ordered to binding arbitration pursuant to a written "Binding Arbitration Agreement" signed by Plaintiff, a copy of which is attached as Exhibit A.  The parties agree to use the arbitration rules set forth in the Binding Arbitration Agreement.

2.     Plaintiff and Defendant waive their right to a trial by jury of this action pursuant to the Binding Arbitration Agreement.

3. The parties have agreed that the arbitrator for this matter shall be Justice Steven M. Vartabedian (Retired).

4. This action shall be stayed pending completion of arbitration.

DATED: May ___, 2014               LAW OFFICES OF SHELLEY G. BRYANT


By: _____
Shelley G. Braynt
Attorney for Plaintiff
Lamont Sundstrom


DATED: May ___, 2014               MUSICK, PEELER & GARRETT LLP


By: _____
Michael R. Goldstein
Joanna E. MacMillan
Attorneys for Defendant
GRO-FROW, INC.

### **ORDER**

Pursuant to the parties' stipulation set forth above (*see* Doc. 11 for a signed copy) and 9 U.S.C. § 3, this action shall be stayed pending completion of binding arbitration proceedings. The parties shall file joint status reports with the Court every 120 days regarding the status of the arbitration proceedings; alternatively the parties may file appropriate dispositional documents to close this case.

IT IS SO ORDERED.

Dated:   **May 19, 2014**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE