**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7760
FACSIMILE 213-624-1376

Michael R. Goldstein (State Bar No. 155349)
*m.goldstein@mpglaw.com*
Joanna E. MacMillan (State Bar No. 281891)
*j.macmillan@mpglaw.com*

Attorneys for Defendant
GRO-FROW, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SUNDSTROM,<br><br>        Plaintiff,<br><br>    vs.<br><br>GROPPETTI LTD., INC., a California corporation doing business as GROPPETTI AUTOMOTIVE FAMILY, and DOES 1 through 20, inclusive,<br><br>        Defendant. | CASE No. 1:14-cv-00319-AWI-GSA<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;  ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///
///
///
///
///
///
///

911552.1

1

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER

pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs and attorneys' fees.

DATED: September ___, 2014        LAW OFFICES OF SHELLEY G. BRYANT

By: /s/ _____
Shelley G. Braynt
Attorney for Plaintiff
Lamont Sundstrom

DATED: September ___, 2014        MUSICK, PEELER & GARRETT LLP

By: /s/ _____
Michael R. Goldstein
Joanna E. MacMillan
Attorneys for Defendant
GRO-FROW, INC.

### ORDER

IT IS SO ORDERED.

Dated: September 10, 2014        _____
SENIOR DISTRICT JUDGE